C. LLOYD LAWLOR, EXECUTOR OF THE ESTATE OF EDITH LAWLOR, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CLOVERLEAF MEMORIAL PARK, INC., DEFENDANT, AND CLOVERLEAF MEMORIAL PARK ASSOCIATION, DEFENDANT THIRD-PARTY PLAINTIFF-CROSS-PETITIONER, v. JOSEPH LEPREE, *ET AL.*, THIRD PARTY DEFENDANTS-RESPONDENTS.

See same case below: 106 *N. J. Super.* 374.

*Messrs. Stein, Bliablias & Goldman* and *Mr. Kenneth J. McGuire* for the petitioner.

*Messrs. Campbell, Mangini, Foley, Lee & Murphy* for the cross-petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages, Mr. Daniel K. Van Dorn, Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Thomas T. Chappell* for the respondents.

October 28, 1969. Granted.

HELEN M. FULLERTON, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. GENEVIEVE FULLERTON NIEDER, DEFENDANT-PETITIONER.

*Mrs. Genevieve Fullerton Nieder in propria persona.*

*Mr. Thomas L. Hanson* for the respondent.

October 28, 1969. Denied.